# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT L. LINDSAY, ET AL.,
        Plaintiffs,

v.                                 Case No 2:04CV76

MARSHALL L. KING, ET AL.,
        Defendants.

## ORDER/OPINION

On the 21st day of February 2006, came James D. McQueen, Jr., David M. Adkins, and the law firm of McQueen & Murphy, L.C. and requested the Court seal certain documents for an in camera review pursuant to the Court's February 22, 2006, hearing. For reasons apparent to the Court, said "Motion to Seal Ex Parte Document" [Docket Entry 195] is **GRANTED**.

The Court further memorializes the following for docketing purposes:

For reasons apparent to the Court and stated on the record of the hearing held September 14, 2005, Defendant Pembleton Forest Products, Inc.'s "First Motion to Compel Christopher Johnson d.b.a. Christopher Johnson & Sons Trucking to Respond to Discovery" [Docket Entry 149] is **GRANTED**.

For reasons apparent to the Court and stated on the record of the hearing held July 27, 2005, Pembleton Forest Products, Inc.'s "Motion for Protective Order" [Docket Entry 117] is **GRANTED**.

It is so **ORDERED.**

The Clerk of the United States Court for the Northern District of West Virginia is directed to provide a copy of this Order and Opinion/Report and Recommendation to all counsel of record.

DATED: March 7, 2006

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE